PAGE.02

AO 442 (Rev.6/96-EDVA) Warrant for Arrest

560972

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

### WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

**FILED**

06 - 103 - M - 01

Anthony P. Hardy
No

MAR 1 3 2006

Unknown

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER : CR-95-291-A

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Anthony P. Hardy** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

___Indictment__Information__Complaint__Order of Court__Violation Notice_X_Supervised Release Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

| | |
|---|---|
| **Jenny Cupp** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Jenny Cupp | November 7, 2001 |
| Signature of Issuing Officer | **401 Courthouse Square Alexandria, VA 22314** |
| | Date and Location |

Bail fixed at $ **No Bond**

by: **The Honorable Claude M. Hilton**
United States District Judge

| Date Received 3-13-06 | Name and Title of Arresting Officer SEAN McLEOD SDUSM | Signature of Arresting Officer *(signature)* Sean McLeod |
|---|---|---|
| Date of Arrest 3-13-06 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**