Prob 12
(Mod. for E VA 2/00)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Anthony P. Hardy          Docket No. 1:95CR____

**Petition on Supervised Release**

FILED
MAR 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW C. L. Harper, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony P. Hardy, who was placed on supervision by the Honorable Claude M. Hilton, sitting in the Court at Alexandria, Virginia, on the 1st day of December, 1995, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment/testing, as well as assist in paying for the cost of same.

2. The defendant shall pay a $50 special assessment fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL** issue a warrant for the arrest of Mr. Hardy, charging violations of his supervised release.

Bond Recommendation: No Bond.

DOB:                          FBI NO.:
SSN:                          REG. NO.:
SEX:  Male                    ADDRESS:  Unknown
RACE: Black/Non-Hispanic

ORDER OF COURT                              Respectfully,

Considered and ordered this 6th day
of Nov., 2001 and ordered              _____
filed and made a part of the records    C. L. Harper
in the above case.                      Senior U.S. Probation Officer

                                        Place Manassas, Virginia

_____                 Date October 29, 2001
Claude M. Hilton
U.S. District Judge


**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: HARDY, Anthony P.

On December 1, 1995, Mr. Hardy appeared in the U.S. District Court, Alexandria, Virginia, for sentencing on the charge of Possession With Intent to Distribute Marijuana. He was sentenced to 37 months confinement and 2 years supervised release, with conditions noted on page one of this report.

On July 20, 2001, Mr. Hardy was released on supervised release, and due to his residence in the District of Columbia his case was transferred to that district for supervision. Presently, Mr. Hardy is in violation of the following conditions of his release:

Violation (Condition 2): Failure to Report as Directed

The District of Columbia Probation Officer advised that during an office visit on September 6, 2001, Mr. Hardy was instructed to report back to the D.C. Probation Office on October 1, 2001, at 3:30 p.m. He failed to report or call on this date. Additionally, on October 2, 2001, a message was left at his address of record directing him to report to the probation office on October 10, 2001, at 9:00 a.m. Again, Mr. Hardy failed to report or call.

Violation (Condition 6): Failure to Report Change in Residence within 72 Hours

On October 10, 2001, a call was made to Mr. Hardy's address of record at _____, Washington, D.C. At that time, Ms. LaJuan Hobbs, his paramour, reported that Mr. Hardy left her residence on October 5, 2001, subsequent to damaging her front door. He had not returned to the residence since the October 5 incident of damaging her door, and his current whereabouts were unknown. As of this writing, Mr. Hardy has not contacted his Probation Officer to advise of his new residence and/or present whereabouts.

Violation (Condition 7): Drug Use

On October 24, 2001, this office received information from the District of Columbia Probation Officer that Mr. Hardy tested positive for marijuana, morphine, and codeine on September 6, 2001.

Violation (Special Condition for Drug Treatment):

On September 7, 2001, Mr. Hardy was referred by his Probation Officer to the Avery Road Treatment Facility for detoxification. Mr. Hardy contacted that facility on September 14, 2001, for an intake interview and was instructed to call the facility daily to secure a bed. He failed to make further contact with the Avery Road Treatment Facility.

Based on the foregoing violations, the District of Columbia Probation Officer respectfully recommends that a warrant be issued for Mr. Hardy's return to Court to show cause why his supervised release should not be revoked.

CLH/iyh

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Anthony P. Hardy           Docket No. 1:95CR00291-001

JAN 23 2002
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### Petition on Supervised Release

COMES NOW C. L. Harper, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony P. Hardy, who was placed on supervision by the Honorable Claude M. Hilton, sitting in the Court at Alexandria, Virginia, on the 1st day of December, 1995, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment/testing, as well as assist in paying for the cost of same.

2. The defendant shall pay a $50 special assessment fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

PRAYING THAT THE COURT WILL supplement the supervised release violation petition of October 2001, with additional violations noted.

Bond Recommendation: No Bond.

DOB:                              FBI NO.:
SSN:                              REG. NO.:
SEX:   Male                       ADDRESS: District of Columbia
RACE:  Black/Non-Hispanic                  Adult Detention Center
                                           Washington, D.C.

### ORDER OF COURT

Considered and ordered this 23rd day of Jan., 2002 and ordered filed and made a part of the records in the above case.

_____
Claude M. Hilton
U.S. District Judge

Respectfully,

_____
C. L. Harper
Senior U.S. Probation Officer

Place Manassas, Virginia

Date January 17, 2002

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

TO CLERK'S OFFICE

On December 1, 1995, Mr. Hardy appeared in the U.S. District Court, Alexandria, Virginia, for sentencing on the charge of Possession With Intent to Distribute Marijuana. He was sentenced to 37 months confinement and 2 years supervised release, with conditions indicated on page 1 of this report.

On July 20, 2001, Mr. Hardy was released on supervised release in the District of Maryland, and his case has been supervised by the U.S. Probation Office in Greenbelt, Maryland. Presently Mr. Hardy is in violation of the following condition of his release:

**Violation (Standard Condition): New Arrest**

This office recently received information from the U.S. Probation Office in Greenbelt that on December 9, 2001, Mr. Hardy was arrested in Washington, D.C., and charged with Simple Assault (Domestic) and Threats to do Bodily Harm and Escape. He appeared in the D.C. Superior Court on December 14, 2001, for a detention hearing, and he was subsequently detained on the violation warrant issued by this Court in November 2001. The probation office related that Mr. Hardy was scheduled to begin trial on the above charges on January 3, 2002.

In view of the foregoing new arrest, we respectfully request that the Court supplement the violation petition of October 2001, with the above additional violation of supervised release.

CLH/iyh