```
               IN THE
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA

                  * * *
```

**UNITED STATES OF AMERICA**       )
                                   )
       **Plaintiff;**   )
                                   )
       v.               ) MAG NO 06-0103 (JMF)
                                   )
                                   )
**ANTHONY P. HARDY,**              )
                                   )
       **Defendant.**   )

---

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

            /S/
        By:_____
        TONY W. MILES
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 17TH day of March, 2006.

            /s/
        By:_____
        TONY W.MILES