**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 3/21/06


RECEIVED MAILROOM
MAR 24 2006
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Ct.
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798
RE: 06MG103 Anthony P. Hardy

FILED
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                                    Warrant of Removal
- X   Warrant/Viol Pet                                Order of Removal
-     Minute Order Appointing Counsel      X   Detention Order
-     Corporate Surety Bond                     X   Waiver of Removal
-     Personal Surety Bond
- X   Other- Blotter dated 3/14/06, 3/13/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk